# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LEAH EDRINGTON, et al.,<br><br>Defendants. | Civil Action No.: 10-3789 (CCC)<br><br>**ORDER** |

This matter having come before the Court by way of Plaintiff's Motion for Default Judgment filed on February 2, 2011 [CM/ECF Docket Entry No. 10]; and it appearing that Defendants do not oppose this motion; and the Court having thoroughly reviewed the record and the submissions of Plaintiff; and it further appearing that the Complaint seeks damages as a result of Defendants' violation of 47 U.S.C. §553 or §605; and the Court having reviewed Plaintiff's certifications as to damages, attorney's fees, and costs; and for the reasons given in the accompanying Opinion,

IT IS on this 16 day of February, 2012,

ORDERED that Plaintiff's Motion for Default Judgment is hereby GRANTED as to Defendant Leah Edrington and The Blu Door Cigar Lounge, LLC as to damages and costs; and it is further

ORDERED that Judgment is hereby entered against Leah Edrington and The Blu Door Cigar Lounge, LLC, jointly and severally, in the amount of $4,200 in statutory and enhanced damages and $4,395 in attorney's fees and costs.

**HON. CLAIRE C. CECCHI**
**United States District Judge**